# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA RAMIA,<br><br>　　　　Plaintiff<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.; EQUIFAX INFORMATION SERVICES, LLC AND DOES 1-10, inclusive<br><br>　　　　Defendant. | Case No. 2:18-cv-02511-JFW-PLA<br><br>*Assigned to Judge John F. Walter; Referred to Magistrate Judge Paul L. Abrams*<br><br>[PROPOSED] **ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: March 28, 2018<br>Trial Date: January 29, 2019 |

  Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

  **IT IS SO ORDERED.**

DATED: September 28, 2018

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE