Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff Veronica Ramia

js-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA RAMIA, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE BANK (USA) N.A.; EQUIFAX INFORMATION SERVICES, LLC; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:18-cv-02511-JFW-PLA <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the stipulation this court hereby dismisses this action with prejudice. Each party to bear its own fees and costs. IT IS SO ORDERED

DATE: December 13, 2018        BY: _____
                                  UNITED STATES DISTRICT JUDGE